PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Tariq Simpson                                    Cr.: 21-00584-001
                                                                                        PACTS #: 6514231

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/06/2022

Original Offense:   Count One: Felon in Possession of a Weapon, 18 U.S.C. § 922(g)

Original Sentence: 815 days imprisonment (time served), 36 months supervised release

Special Conditions: $100 Special Assessment, Substance Abuse Testing/Treatment, Search/Seizure, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Support Dependents, Forfeiture

Type of Supervision: Supervised Release                     Date Supervision Commenced: 04/06/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On April 19, 2022, Simpson tested positive on an instant test for alcohol, amphetamines, methamphetamines, and marijuana. The sample leaked in transit and was unable to be processed by the laboratory. |
|   | On May 4, 2022, Simpson tested positive for marijuana, which was confirmed by laboratory testing. |
| 2 | Simpson's attendance in outpatient substance abuse treatment at Integrity House in Newark, New Jersey, has been sporadic. |

U.S. Probation Officer Action:

Simpson has been verbally reprimanded and advised the Court would be notified with regards to his non-compliance. All drug tests since May 4, 2022, have been negative. The probation office will continue to randomly drug test Simpson to ensure compliance. The probation office will also closely monitor his treatment attendance. The Court should also be advised that Simpson recently secured full-time employment.

Prob 12A – page 2
Tariq Simpson

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Dana Hafner*

By:  DANA HAFNER
Senior U.S. Probation Officer

/ dh

APPROVED:

*Elizabeth Villa, Sr. USPO for*  06/03/22
ELISA MARTINEZ                  Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office) Submit a

[ ] Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

s/Stanley R. Chesler, U. S. D. J.
Signature of Judicial Officer

6/6/2022
Date