PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Tariq Simpson     Cr.: 21-00584-001
PACTS #: 6514231

Name of Sentencing Judicial Officer:    THE HONORABLE STANLEY R. CHESLER
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/06/2022
Date of Violation Sentence: 08/17/2022

Original Offense:    Count One: Unlawful Transport of Firearms - Etc., 18 U.S.C § 922(g)1
Violation Offense:    Count Four: Failed to Attend Treatment

Original Sentence: Time served, 36 months supervised release
Violation Sentence: 1 month imprisonment, 24 months supervised release

Special Conditions: $100 Special Assessment, 5 months Residential Re-Entry Center, Substance Abuse Testing/Treatment, Mental Health Treatment

Type of Supervision: Supervised Release     Date Supervision Commenced: 09/06/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On September 8, 2022, Simpson tested positive for marijuana, amphetamines, and methamphetamines, which were confirmed by laboratory testing. |
| | Simpson also tested positive for alcohol on this date, however, it was confirmed with a breathalyzer reading of .02. |

U.S. Probation Officer Action:

Simpson was referred for substance abuse and mental health treatment at Trinitas in Elizabeth, New Jersey. The probation office will closely monitor Simpson and report any additional non-compliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Dana Hafner*

By:    DANA HAFNER
Senior U.S. Probation Officer

Prob 12A – page 2
Tariq Simpson

/dh

APPROVED:

*Elisa Martinez*                              *9/19/22*

ELISA MARTINEZ                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ **x No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)**

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/Stanley R. Chesler U. S. D. J.

Signature of Judicial Officer

9/21/2022