PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Tariq Simpson                    Cr.: 21-00584-001
                                                                        PACTS #: 6514231

Name of Sentencing Judicial Officer:    THE HONORABLE STANLEY R. CHESLER
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/06/2022
Date of Violation Sentence: 08/17/2022

Original Offense:   Count One: Felon in Possession of a Weapon, 18 U.S.C. § 922(g)(1)
Violation Offense:  Count One: Failure to Attend Treatment

Original Sentence: 04/06/2022: Time served, 36 months supervised release
Violation Sentence: 08/17/2022: 1 month imprisonment, 24 months supervised release

Special Conditions: $100 Special Assessment, 5 months Residential Re-Entry Center, Substance Abuse Testing/Treatment, Mental Health Treatment

Type of Supervision: Supervised Release                     Date Supervision Commenced: 09/06/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

<u>Violation Number</u>   <u>Nature of Noncompliance</u>

1   On January 18th, 20th, and 21st, 2023, Simpson tested positive for suboxone at Kintock Residential Re-Entry Center, which was confirmed by laboratory testing. During the two-week period prior to these positive tests, Simpson was observed by Kintock staff and the U.S. Probation Officer to be under the influence of an unknown substance. However, he continued to test negative for any illicit substances. During one incident, a case manager described Simpson in the following manner, "resident's eyes were brick red, he was unable to stand upright, also he could not walk in a straight line." Another report indicated he was shaking uncontrollably and then fell asleep in the hallway. It is believed that he may have used a substance which is not detected by standard drug tests.

2   Simpson continues to miss scheduled mental health treatment sessions, despite being reminded to attend and having transportation arranged. He maintains that he is "tired" and does not wish to attend. However, the probation officer continues to arrange make-up sessions, which Simpson usually attends.

3   Simpson has received numerous incident reports for failing to contact Kintock staff, as required, when he is out on passes to attend Masjid or treatment. The probation office and Kintock staff continue to closely monitor his movements to encourage communication.

Prob 12A – page 2
Tariq Simpson

U.S. Probation Officer Action:

Simpson is due to complete his term at Kintock on February 9, 2023. It is the belief of the U.S. Probation Office that Simpson's non-compliance stems from his mental health, cognitive, and substance abuse issues. The probation officer has referred him to long-term residential substance abuse treatment where his substance abuse and mental health needs will be addressed. Simpson has agreed to participate in residential treatment. The probation officer will continue to advise of any additional non-compliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Dana Hafner*

By:   DANA HAFNER
      Senior U.S. Probation Officer

/dh

APPROVED:

_____   1/31/23
PATRICK HATTERSLEY       Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/Stanley R. Chesler, U. S. D. J.
_____
Signature of Judicial Officer

2/1/2023
_____
Date